# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **CUAUHTEMOC ALFREDO DIAZ-LOPEZ** | Case No. 2:25-cr-00024-JAW |

## NOTICE OF DISMISSAL

NOW COMES the United States of America, by and through Craig M. Wolff, Acting United States Attorney for the District of Maine, and Anne K. Yereniuk, Assistant United States Attorney and dismisses the Information herein, with leave of the Court, pursuant to Fed. R. Crim. P. 48(a). As a consequence, any outstanding warrant regarding the above-captioned mater shall be withdrawn and this case may be closed.

Respectfully submitted,

CRAIG M. WOLFF
Acting United States Attorney

Dated: March 24, 2025        By:    */s/ Anne K. Yereniuk*
Anne K. Yereniuk
Assistant U.S. Attorney
U.S. Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257
Anne.Yereniuk@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on March 24, 2025, I caused the foregoing Notice of Dismissal using the CM/ECF system, which caused a copy of the foregoing document to be delivered via the CM/ECF system to Attorney Jonathan Goodman, Esq., counsel for the Defendant Cuauhtemoc Alfredo Diaz-Lopez.

             CRAIG M. WOLFF
             Acting United States Attorney

      By: */s/ Anne K. Yereniuk*
         Anne K. Yereniuk
         Assistant U.S. Attorney
         U.S. Attorney's Office
         100 Middle Street
         Portland, ME 04101
         (207) 780-3257
         Anne.Yereniuk@usdoj.gov